**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| KT IMAGING USA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 6:21-cv-01003-ADA<br><br><br>**Jury Trial Demanded** |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, KT Imaging USA, LLC, and Defendant, Google LLC, hereby stipulate to the dismissal of the action.  All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE.  All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE.

Dated:  March 12, 2022

Respectfully submitted,

By: */s/ Dmitry Kheyfits*

Dmitry Kheyfits
dkheyfits@kblit.com
Brandon G. Moore
bmoore@kblit.com
KHEYFITS BELENKY LLP
108 Wild Basin Road, Suite 250
Austin, TX 78746
Tel: 737-228-1838
Fax: 737-228-1843

Respectfully submitted,

By: */s/ Matthias A. Kamber*

John P. Palmer
NAMAN, HOWELL, SMITH & LEE, PLLC
400 Austin Avenue, Suite 800
Waco, TX 76701
Telephone: (254) 755-4248
Facsimile: (254) 754-6331

Robert W. Unikel (*Pro Hac Vice*)
robertunikel@paulhastings.com
John A. Cotiguala (*Pro Hac Vice*)

- 1 -

Andrey Belenky
abelenky@kblit.com
Hanna G. Cohen
hgcohen@kblit.com
KHEYFITS BELENKY LLP
80 Broad Street, 5th Floor
New York, NY 10004
Tel: 212-203-5399
Fax: 212-203-6445

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
State Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
Tel: (903) 593-7000
Fax: (903) 705-7369

*Attorneys for Plaintiff KT Imaging
USA, LLC*

johncotiguala@paulhastings.com
Matthew R. Lind (*Pro Hac Vice*)
mattlind@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Matthias A. Kamber (*Pro Hac Vice*)
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Elizabeth Brann (*Pro Hac Vice)*
elizabethbrann@paulhastings.com
Cole Malmberg (*Pro Hac Vice*)
colemalmberg@paulhastings.com
Sachin Bhatmuley (*Pro Hac Vice*)
sachinbhatmuley@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

*Attorneys for Defendant Google LLC*